UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOULEVARD & TRUMBULL
TOWING, INC.,

          Plaintiff,

v

CITY OF DETROIT, CITY OF
DETROIT POLICE DEPARTMENT
and DETROIT BOARD OF
COMMISSIONERS,

          Defendant.

Case No. 17-cv-12446
Honorable Sean F. Cox
Magistrate Judge Patricia T. Morris

_____

CITY OF DETROIT
          Defendant/Counter-Plaintiff/
          Third Party Plaintiff,

v.

BOULEVARD & TRUMBULL
TOWING, INC., a Delaware
corporation,

          Plaintiff/Counter-Defendant,

AND

FIORE VENTURES II, INC., a
Michigan corporation, THE REALTY
COMPANY, a Michigan corporation,
THE REALTY COMPANY 2411
VINEWOOD, INC., A Michigan
corporation, JJG EQUIPMENT, LLC, a
Michigan limited liability company,
GASPER FIORE, an individual,
JOAN FIORE, an individual, JESSICA

FIORE, an individual and JENNIFER
FIORE, an individual,

    Third Party Defendants.

---

## APPEARANCE

Charles N. Raimi hereby enters his appearance as counsel on behalf of the City of Detroit.

        By: /s/ Charles N. Raimi
           City of Detroit Law Department
           Two Woodward Avenue, 5th floor
           Detroit, Michigan 48226
           313-237-5037
           Email: raimic@detroitmi.gov
           P-29746

Dated: October 12, 2017

## Certificate of Service

The undersigned certifies that on October 12, 2017, he filed the foregoing paper with the clerk of the court using the ECF system which will send notice to counsel of record.

/s/ Charles N. Raimi